AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| VERNA HENDERSON | Case Number: 8:03-CR-205-T-17TBM<br>USM Number: 41217-018<br><br>AFPD Andrea Stubbs<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Reside in a Re-Entry Sanctions Center | May 31, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: July 12, 2007

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date: July 13th, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet 2 - Imprisonment

|  |  |
|---|---|
| DEFENDANT: VERNA HENDERSON | Judgment - Page   2   of   2 |
| CASE NUMBER: 8:03-CR-205-T-17TBM |  |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SEVEN (7) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__    The Court makes the following recommendations to the United States Bureau of Prisons:
(1)    Incarceration at Coleman, FL.
(2)    Education in culinary arts, restaurant field, small business administration and computers related thereto.

__X__    The defendant is allowed to self surrender on Tuesday, August 28, 2007 at 12:00 noon at the site of incarceration designated by the United States Bureau of Prisons.

__X__    The United States Probation Office shall continue to supervise the defendant until she is in the custody of the United States Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL